# EXHIBIT E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **TERESA FLORES** | § | |
|     Plaintiff, | § | |
| | § | Civil Action No.  3:19-cv-141 |
| v. | § | |
| | § | |
| **LAKEVIEW LOAN SERVICING, LLC,** | § | |
|     Defendant. | § | |

### DEFENDANT'S DISLCOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Under Rule 7.1 of the Federal Rules of Civil Procedure, Lakeview Loan Servicing, LLC ("Lakeview Loan" or "Defendant") files Defendant's Disclosure Statement and Certificate of Interested Parties and would show as follows:

### A. Disclosure Statement

Lakeview Loan Servicing, LLC's ("Lakeview") sole member is Bayview MSR Opportunity Corp. ("Bayview MSR"). Bayview MSSR is wholly owned by Bayview MSR Opportunity Master Fund, L.P. ("Bayview Master Fund"). Bayview MSR Opportunity Offshore, L.P. ("Bayview Offshore") holds 62.82% of Bayview Master Fund. Bayview Offshore has a single limited partner, BOSF Master Fund L.P. ("BOSF"). BOSF is an investment fund with various investors, which holds 38.85% ownership in BOSF. No natural person indirectly holds a 10% or greater interest in Lakeview and no entity indirectly owns a 25% or greater interest in Lakeview. Through its interest, BOSF indirectly owns a 10% or greater interest in Lakeview. The power to exercise control of Lakeview resides with the General Partner of Bayview Master Fund, Bayview Capital GP MSR, LLC, which is a 100% owned and controlled subsidiary of Bayview Asset Management, LLC. Lakeview reserves the right to supplement this disclosure if needed.

## B. Disclosure of Interested Persons

The following persons may have a financial interest in the outcome of this lawsuit:

1. Plaintiff Teresa Flores

2. Defendant Lakeview Loan Servicing, LLC

3. Loancare, mortgage servicer for Lakeview Loan Servicing, LLC

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

By: /s/*Crystal G. Gibson*
Crystal G. Gibson
State Bar No.: 24027322
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 340-7901
(972) 341-0734 (Facsimile)
CrystalR@bdfgroup.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On May 23, 2019, I certify that a copy of the foregoing was served as indicated to the following:

*Via Email mjzimp@mjzlaw-ep.com*
Michael J. Zimprich
The Law Offices of Michael J. Zimprich,PLLC
7001 Westwind Dr., Suite 205
El Paso, TX   79912
*Attorney for Plaintiff*

 */s/ Crystal Gee Gibson*
Crystal Gee Gibson